Rita D. GLOVER, Respondent/Cross–
Appellant,

v.

Mark OSTENFELD, Appellant/Cross–
Respondent,

and

United of Omaha Life Insurance
Co., Cross–Respondent.

No. 65753.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 4, 1995.

Henry B. Robertson, St. Louis, for appellant.

Donald V. Nangle, Arthur G. Muegler, Jr., Clayton, for respondent.

Kathi Lynne Chestnut, Evans & Dixon, St. Louis, for cross-respondent.

*ORDER*

PER CURIAM.

Mark Ostenfeld (Ostenfeld), Public Administrator for the City of St. Louis, appeals from a judgment entitling Rita D. Glover (Rita) to the proceeds of the life insurance policy on her husband William held by United of Omaha Life Insurance Company and she appeals the denial of her claims for vexatious delay, attorney fees and costs. Rita's motions to dismiss Ostenfeld's appeal and for sanctions are denied.

An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only. The judgment is affirmed pursuant to Rule 84.16(b).

Leslie C. DAVIS, Appellant,

v.

Moretta W. DAVIS, Respondent.

No. 66934.

Missouri Court of Appeals,
Eastern District,
Division One.

April 4, 1995.

Gary L. Hansen, Waynesville, for appellant.

Eric Charles Harris, Park Hills, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Leslie C. Davis, appeals from an order entered in the Circuit Court of the County of St. Francois overruling his motion to modify a decree of dissolution. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the trial court is supported by substantial evidence, and no error of law appears. As we further find an extended opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b).